UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. CASSELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>F. ROBINSON, et al.,<br><br>    Defendants. | No. 2:20-cv-0322-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under the Americans with Disabilities Act. He requests an extension of time to file his amended complaint pursuant to the court's April 22, 2020 order.

Plaintiff's request (ECF No. 10) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.[1]

So ordered.

Dated: May 21, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This order merely grants plaintiff's request for an extension of time; it does not decide the issue of exhaustion.